1

2

3

4

5

6                          **IN THE UNITED STATES DISTRICT COURT**

7                       **FOR THE EASTERN DISTRICT OF CALIFORNIA**

8

9    BRANDON T. SELF,                        No. CIV S-10-2199-FCD-CMK

10              Plaintiff,

11        vs.                                 ORDER

12   CHASE BANK, N.A.,

13              Defendant.

14   _____/

15          Plaintiff, who is proceeding pro se, brings this civil action.  Pending before the

16   court are defendant's motion to dismiss (Doc. 15) and motion to strike (Doc. 18), both set for

17   hearing on December 2, 2010, before the undersigned in Redding, California.  Due to a conflict

18   in the court's schedule, the hearing is hereby moved to December 1, 2010, at 10:00 a.m. before

19   the undersigned in Redding, California.

20          IT IS SO ORDERED.

21

22    DATED: October 29, 2010

23                                            _____
                                              **CRAIG M. KELLISON**
24                                            UNITED STATES MAGISTRATE JUDGE

25

26

                                               1