**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BRANDON T. SELF, | No. CIV S-10-2199-FCD-CMK |
|     Plaintiff, | |
|   vs. | |
| CHASE BANK, N.A., | |
|     Defendant. | |
| _____/ | |
| BOB PERRY, | No. CIV S-10-2200-FCD-CMK |
|     Plaintiff, | |
|   vs. | <u>ORDER</u> |
| CHASE BANK, N.A., | |
|     Defendant. | |
| _____/ | |

/ / /

/ / /

/ / /

/ / /

1

1       Plaintiffs, who are proceeding pro se, bring these related actions.  Good cause
2 appearing therefor, the status/scheduling conferences set in these matters for January 13, 2011,
3 before the undersigned in Redding, California, are taken off calendar pending resolution of
4 defendants' motions to dismiss, currently set for hearing on February 10, 2011.
5       IT IS SO ORDERED.

7 DATED:  December 16, 2010

                                                      **CRAIG M. KELLISON**
                                                      UNITED STATES MAGISTRATE JUDGE