IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON T. SELF, | No. CIV S-10-2199-KJM-CMK |
| Plaintiff, | |
| vs. | ORDER |
| CHASE BANK, N.A., | |
| Defendant. | |
| _____ / | |

      Plaintiff, who is proceeding pro se, brings this civil action. Pending before the court are defendant's motion to dismiss (Doc. 26) and motion for sanctions (Doc. 32), both set for hearing on February 10, 2011, before the undersigned in Redding, California. Plaintiff has not filed opposition to either motion. Pursuant to Eastern District of California Local Rule 230(g), the hearing is hereby taken off calendar and the matter is submitted on the record and briefs without oral argument.

      IT IS SO ORDERED.

DATED: February 8, 2011

                                                        _____
                                                        **CRAIG M. KELLISON**
                                                        UNITED STATES MAGISTRATE JUDGE